## CHARLES FOLLANSBEE

### v.

## THE SCOTTISH AMERICAN MORTGAGE COMPANY.

This case involves the same questions considered in the preceding case, and is reversed for the same reasons.

ERROR to the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding. Opinion filed January 7, 1880.

Mr. N. A. PARTRIDGE, and Messrs. McCoy & PRATT, for plaintiff in error.

Mr. THEODORE SHELDON and Mr. JAMES L. HIGH, for defendant in error.

BAILEY, P. J. This case is precisely identical in all respects with the preceding case between the same parties, already decided, and for the reasons given in the opinion in that case, the order of the court below, denying the motion of the plaintiff in error to vacate the judgment against him by confession, is reversed, and the cause remanded, with directions to sustain said motion, and vacate said judgment.

Judgment reversed.